IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:17-CR-00105-2D

UNITED STATES OF AMERICA :
:
:
v. : ORDER
:
SYLVESTER LORENZO HOOPER :

On motion by the United States, it is hereby

ORDERED that the Order of Forfeiture (DE #243) is vacated and the firearm listed therein be returned to its legal owner.

SO ORDERED this 9 day of January, 2019.

JAMES C. DEVER, IIII
UNITED STATES DISTRICT JUDGE