IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:17-CR-105-D
No. 7:20-CV-116-D

| | |
|---|---|
| SYLVESTER LORENZO HOOPER, JR., )<br>)<br>Petitioner, )<br>v. )<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>Respondent. ) | ORDER |

In light of petitioner's motion to dismiss his section 2255 motions under Rehaif v. United States, 139 S. Ct. 2191 (2019), the court GRANTS petitioner's motion to dismiss [D.E. 434] and DISMISSES WITHOUT PREJUDICE his motions to vacate [D.E. 370, 371, 372], DISMISSES as moot his motion to appoint counsel [D.E. 389], and DISMISSES as moot respondent's motion to dismiss [D.E. 428].

On October 25, 2021, the court granted petitioner's counsel's motion to withdraw. See [D.E. 441]. In light of this order dismissing without prejudice petitioner's motions to vacate, the court hereby AMENDS its October 25, 2021, order and DIRECTS the Office of Federal Public Defender not to appoint new counsel.

SO ORDERED. This 26 day of October, 2021.

JAMES C. DEVER III
United States District Judge