IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:17-CR-105-D
No. 7:20-CV-116-D

| | | |
|---|---|---|
| SYLVESTER LORENZO HOOPER, JR., | ) | |
| | ) | |
| Petitioner, | ) | |
| v. | ) | |
| | ) | **ORDER** |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

The court DISMISSES WITHOUT PREJUDICE petitioner's "innocence motion" under 28 U.S.C. § 2255 [D.E. 517]. Petitioner filed one motion under 28 U.S.C. § 2255 [D.E. 370, 371, 372], withdrew it [D.E. 434], and has not received authorization from the United States Court of Appeals for the Fourth Circuit to file this successive motion. Cf. [D.E. 442]. Thus, this court lacks jurisdiction to consider petitioner's "innocence motion" under section 2255. See, e.g., 28 U.S.C. § 2255(h); Gonzalez v. Crosby, 545 U.S. 524, 534 (2005); United States v. Byers, No. 25-6563, 2026 WL 867905, at *1 (4th Cir. Mar. 30, 2026) (per curiam) (unpublished); Bixby v. Stirling, 90 F.4th 140, 154–56 (4th Cir. 2024); United States v. Winestock, 340 F.3d 200, 205 (4th Cir. 2003), abrogated on other grounds, United States v. McRae, 793 F.3d 392 (4th Cir. 2015).

SO ORDERED. This 12 day of June, 2026.

JAMES C. DEVER III
United States District Judge